DocuSign Envelope ID: 43ED6AF1-0E01-457F-97DF-445572071083

Hon. Brian D. Lynch
In Proceedings Under Chapter 13
Hearing Date: September 6, 2023
Time: 1:30 PM
Response Date: August 30, 2023
Location: 1717 Pacific Ave Tacoma, WA 98402

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>Joshua Emmanuel Marroquin, Sandra Melina Marroquin<br><br>Debtor, | Case No: 23-40883 BDL<br><br>**DECLARATION OF DEBTORS' IN SUPPORT OF MOTION TO AVOID JUDICIAL LIEN** |

Joshua Emmanuel Marroquin, Sandra Melina Marroquin declare as follows:

1. We are over the age of eighteen (18) and am competent to testify based upon personal knowledge to the matters stated herein.

2. At the time that we signed the Petition for Bankruptcy we reviewed the Zillow Estimate for the value of our home and it was approximately $719,200.00 as disclosed in our schedules. We are familiar with our home and properties in and around our home and believe that this number, considering the condition of the home and its status, is a fairly accurate representation of the value we would hope to obtain if it were sold.

3. Attached is a Zillow estimate dated August 1, 2023 showing a slightly higher value for the summertime bump but still well below $800,000 in value.

4. We owed as of the date of filing $507,874.44 to Rocket Mortgage on a first Deed of Trust and according to our statements and credit report about $59,998.00 to Harborstone Credit union on a second Deed of Trust. Relevant portion of our credit report is attached hereto as an exhibit.

DECLARATION OF DEBTORS' IN SUPPORT OF
**MOTION TO AVOID JUDICIAL LIEN**
- 1

Law Office of Mark McClure, P.S.
1103 W. Meeker Street, Suite 101
Kent, WA 98032
(253) 631-6484

z:\legal ii\2023\bankruptcy\marroquin, joshua emmanuel and sandra melina\motions\motions to avoid judicial liens\mot avoid judicial lien - residence.doc

We declare under penalty of perjury of the laws of the State of Washington and the United States of America that the foregoing is true and correct to the best of our knowledge and belief.

Dated August 3, 2023

at ____Tacoma_____, Washington.

_____
Joshua Emmanuel Marroquin
Debtor

_____
Sandra Melina Marroquin
Co-Debtor

DECLARATION OF DEBTORS' IN SUPPORT OF
**MOTION TO AVOID JUDICIAL LIEN**
- 2

Law Office of Mark McClure, P.S.
1103 W. Meeker Street, Suite 101
Kent, WA 98032
(253) 631-6484

z:\legal ii\2023\bankruptcy\marroquin, joshua emmanuel and sandra melina\motions\motions to avoid judicial liens\mot avoid judicial lien - residence.doc



# Credit Report



*Prepared for Law Office of Mark C. McClure, PS*

| REPORT TYPE: Joint CR | REPORT NUMBER: 6657365 | Client Code: A1209 | REPORTED DATE: 05/01/2023 |

## Mortgage Liabilities with Balances

1 Record(s)

| Account Details | Balance Details | Account Dates | Payment Details | Bankruptcy-Specific Address | Bureau Reported Address | Owner & Source |
|---|---|---|---|---|---|---|
| **Name:** Rocket Mortgage<br>**Type:** Joint Contractual Liability / Joint<br>**Account:** XXXXXXXXX2836<br>**Status:** Open<br>**Term:** 360 Months<br>Mortgage, FHA Real Estate Mortgage | **Current:**<br>$497,796<br>**High Credit:**<br>$519,022 | **Date Opened:**<br>02/2021<br>**Last Reported:**<br>04/2023<br>**Last Activity:**<br>03/2023 | **Monthly:**<br>$3,165<br>**Past Due:**<br>$3,802<br>**Pay History:**<br>-1---------- | Rocket Mortgage<br>Attn: Bankruptcy<br>1050 Woodward Avenue<br>Detroit, MI 48226<br>855-980-3493<br>**Verified:**<br>03/2023 | 1050 Woodward Ave<br>Detroit, MI 48226<br>800-508-0944 | ① TU, EX, EQ<br>② TU, EX, EQ |

## Non-Mortgage Liabilities with Balances

8 Record(s)

| Account Details | Balance Details | Account Dates | Payment Details | Bankruptcy-Specific Address | Bureau Reported Address | Owner & Source |
|---|---|---|---|---|---|---|
| **Name:** Harborstone Credit Uni<br>**Type:** Joint Contractual Liability / Joint<br>**Account:** XXXXXXXX8020<br>**Status:** Open, Current Account<br>**Term:** N/A<br>Revolving, Check Credit Or Line Of Credit | **Current:**<br>$59,998<br>**High Credit:**<br>$60,000 | **Date Opened:**<br>01/2022<br>**Last Reported:**<br>03/2023<br>**Last Activity:**<br>03/2023 | **Monthly:**<br>$599<br>**Past Due:**<br>$0<br>**Pay History:**<br>1111-------- | Harborstone Credit Union<br>Attn: Bankruptcy<br>PO Box 4207<br>Tacoma, WA 98438<br>800-523-3641<br>**Verified:**<br>12/2022 | Pob 4207<br>Tacoma, WA 98438<br>800-523-3641 | ① TU, EX, EQ<br>② TU, EX, EQ |
| **Name:** Advantis Cu<br>**Type:** Joint Contractual Liability / Joint<br>**Account:** XXXXXX0143<br>**Status:** Open, Charge Off for $54092<br>**Term:** 180 Months<br>Installment, Recreational | **Current:**<br>$54,092<br>**High Credit:**<br>$54,092 | **Date Opened:**<br>02/25/2021<br>**Last Reported:**<br>03/31/2023<br>**Last Activity:**<br>11/30/2022 | **Monthly:**<br>$0<br>**Past Due:**<br>$0<br>**Pay History:**<br>----3211---- | Advantis Credit Union<br>Attn: Bankruptcy<br>PO Box 14220<br>Portland, OR 97293<br>**Verified:**<br>09/2022 | 3010 Se Belmont<br>Portland, OR 97223<br>503-234-9851 | ① TU, EQ<br>② TU, EQ |
| **Name:** Potlatch #1<br>**Type:** Individual / Applicant<br>**Account:** XXXXXX0010<br>**Status:** Open, FIXED RATE<br>**Term:** 72 Months<br>Installment, Automobile | **Current:**<br>$30,350<br>**High Credit:**<br>$33,693 | **Date Opened:**<br>01/15/2022<br>**Last Reported:**<br>03/31/2023<br>**Last Activity:**<br>03/31/2023 | **Monthly:**<br>$931<br>**Past Due:**<br>$0<br>**Pay History:**<br>C11C1CC1CCCC | P1FCU<br>Attn: Bankruptcy<br>1015 Warner Ave<br>Lewiston, ID 83501<br>**Verified:**<br>11/2022 | 1025 Warner Ave<br>Lewiston, ID 83501<br>208-746-8900 | ① TU, EQ |

**Note:** Source represents who reported the specific account. **(TU = TransUnion, EQ = Equifax, EX = Experian, LN = LexisNexis)**. For a full explanation of each category, see "How to read a tradeline" at the end of this report.

