# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>Joshua Emmanuel Marroquin, Sandra Melina Marroquin<br><br>Debtor, | Case No: 23-40883 BDL<br><br>ORDER TO AVOID JUDICIAL LIEN |

THIS MATTER having come before the Court upon the Debtors' Motion to void and cancel the lien of Advantis Credit Union which impairs the Debtor's real property commonly known as 13309 16th Ave Ct. S., Tacoma WA 98444 whose legal description is:

Lot 6 of SHADOW WOOD ESTATES, as per Plat recorded June 6, 1984 under Recording No. 8406060202, records of Pierce County Auditor.

Situate in the County of Pierce, State of Washington.

and whose parcel number is: 754550-006-0 .

The court having considered the file and all submitted pleadings finds that Advantis Credit Union's judicial lien recorded under Pierce County Recording number 202302170301 which resulted from a Judgment in Pierce County Court Case Number 22-2-10599-8 will impair the Debtors' homestead and further finds that said lien is avoidable, therefore, the Court does HEREBY ORDER:

ORDER TO VOID JUDICIAL LIEN-- 1

z:\legal ii\2023\bankruptcy\marroquin, joshua emmanuel and sandra melina\motions\motions to avoid judicial liens\mot avoid judicial lien - residence.doc

Law Office of Mark McClure, P.S.
1103 W. Meeker Street, Suite 101
Kent, WA 98032
(253) 631-6484

That the Debtors' Motion to avoid and cancel the lien of Advantis Credit Union referenced above in its entirety is granted and said judgment lien is avoided and extinguished upon completion of Debtors' chapter 13 plan.

## END OF ORDER ##

Presented by:
*/s/ Mark C McClure*
Mark McClure, WSBA #24393
Attorney for Debtor

ORDER TO VOID JUDICIAL LIEN-- 2

z:\legal ii\2023\bankruptcy\marroquin, joshua emmanuel and sandra melina\motions\motions to avoid judicial liens\mot avoid judicial lien - residence.doc

Law Office of Mark McClure, P.S.
1103 W. Meeker Street, Suite 101
Kent, WA 98032
(253) 631-6484